IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Adnan Awad, | ) | CASE NO. 4:25-cv-02751 |
| | ) | |
| Petitioner, | ) | JUDGE JEFFREY J. HELMICK |
| | ) | |
| v. | ) | MAGISTRATE JUDGE |
| | ) | JONATHAN D. GREENBERG |
| Acting Director (ERO), ICE Detroit | ) | |
| Field Office, *et al.* | ) | |
| | ) | |
| | ) | |
| Respondents. | ) | ORDER |

A petition, pursuant to 28 U.S.C. § 2241, has been filed in this Court.  The Court, having

examined the petition, is unable to determine whether the Petitioner is entitled to relief.

THEREFORE,

(1)     Respondent shall file an answer ("Return of Writ") to the petition within thirty
(30) days from the date of this order and show cause why the petition should
not be granted and the writ as prayed for issued.

(2)     Petitioner shall have thirty (30) days from the filing of Respondent's answer to
reply thereto by filing a Traverse.

(3)     Respondent shall have seven (7) days from the filing of Petitioner's Traverse
to respond thereto.  Respondent should reply to Petitioner's Traverse when
issues or arguments not addressed in the answer ("Return of Writ") are raised.
The Court shall consider Respondent's decision not to file such a reply as
certification that all issues and arguments raised by Petitioner have previously
been fully addressed.

Briefs filed by the parties shall contain a summary of the facts upon which they rely and

shall, where applicable, make specific reference to those portions of the record (Page or Exhibit

Number).  Briefs shall also contain statements of the applicable law and citations to relevant case

and statutory authorities, and legal analysis of the claim in issue.  Where applicable, multiple

volumes of the record are preferred to a single massive, unwieldy volume.  It is preferred that individual exhibits in the State Court Record be "book-marked."

**If Respondent moves to dismiss a ground for relief on procedural default, he or she shall still brief the merits of the claim.**

When a party has a change of address, the party must immediately inform the Court of the new address or risk the waiver of his/her right to present arguments or the dismissal of his/her case.

The Clerk of Court shall forward a copy of the petition and this order to Respondent, the Attorney General of the United States, and to the Office of the United States Attorney, Northern District of Ohio.

IT IS SO ORDERED.

s/Jonathan D. Greenberg
Jonathan D. Greenberg
U.S. Magistrate Judge

Date: January 29, 2026