**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **ADNAN AWAD** ) | |
| ) | |
| Petitioner ) | **CASE NO. 4:25-cv-02751** |
| ) | |
| **v.** ) | Judge Jeffrey J. Helmick |
| ) | Magistrate Judge Jonathan D. Greenberg |
| **ACTING DIRECTOR (ERO), ICE DETROIT** ) | |
| **FIELD OFFICE, ET AL.** ) | |
| ) | |
| Respondents ) | |

## <u>ORDER</u>

This matter is before the Court on Petitioner's Emergency Motion to Preserve

Jurisdiction and Maintain Status Quo Pending Decision. The Court, having considered the

motion and the record, hereby ORDERS as follows:

1. Respondents, their officers, agents, and employees are ORDERED to maintain the status
   quo and to refrain from transferring Petitioner Adnan Awad outside the Northern District
   of Ohio pending this Court's ruling on the Report and Recommendation issued by
   Magistrate Judge Greenberg on May 1, 2026 (Doc. No. 11).

2. Respondents shall provide counsel for Petitioner with no less than forty-eight (48) hours'
   advance written notice before any transfer of Petitioner from his current place of
   detention.

3. This Order shall remain in effect until further order of this Court.

DATED: __May 27, 2026_____

So Ordered.

s/ Jeffrey J. Helmick
United States District Judge