**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **ADNAN AWAD** | ) | Case No. 4:25-CV-02751 |
| *Petitioner* | ) | District Judge Jeffrey J. Helmick |
| **v.** | ) | Magistrate Judge Jonathan D. Greenberg |
| **ACTING DIRECTOR (ERO), ICE DETROIT FIELD OFFICE, ET AL.** | ) | |
| *Respondents* | ) | **STIPULATION OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO RULE 41** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Petitioner Adnan Awad and Respondents, by their respective counsel, hereby stipulate to a dismissal of this case in its entirety, without prejudice and without costs or attorneys' fees to any party. Petitioner was successfully removed from the United States on June 10, 2026, and arrived in the West Bank on June 11, 2026.

Respectfully submitted,

DATED: July 8, 2026

*/s/ Maya Lugasy*
Maya Lugasy (0098163)
Robert Brown LLC
1468 West 9th Street, Suite 705
Cleveland, OH 44113
Office: (216) 220-8771
Email: mlugasy@brown-immigration.com
*Attorney for Petitioner*

DAVID M. TOEPFER
UNITED STATES ATTORNEY

DATED: July 8, 2026

*s/ Guillermo J. Rojas*
Guillermo J. Rojas (0069882)

Assistant United States Attorney
Four Seagate, Suite 308
Toledo, OH 43604-2624
Voice: 419-259-6376; Fax: 419- 259-6471
Guillermo.Rojas@usdoj.gov

Dated: July 9, 2026

So Ordered.

s/ Jeffrey J. Helmick
United States District Judge